UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:06-00546-MJJ-3 |
| Plaintiff, ) | |
| ) | |
| ) | PROPOSED ORDER GRANTING |
| vs. ) | DEFENDANT'S WAIVER OF |
| ) | APPEARANCE FOR PRE-TRIAL |
| ) | CONFERENCE |
| FREDRICK LAMAR LINDEY, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED THAT the waiver is granted, and defendant's appearance is waived for the pre-trial conference setting on August 31, 2006.

Dated: 9/12/06

Martin J. Jenkins
United States District Judge

