RECEIVED

AUG 31 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
SEP 25 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:06-00546-MJJ-3 |
| Plaintiff, ) | |
| ) | ~~PROPOSED~~ ORDER GRANTING |
| vs. ) | APPLICATION FOR ADMISSION OF |
| ) | ATTORNEY *PRO HAC VICE* |
| FREDRICK LAMAR LINDEY, ) | |
| Defendant. ) | |

Kent A. Schaffer, an active member in good standing of the bar of the State of Texas, United States District Court for the Southern District of Texas, and the District of Columbia, whose business address and telephone number is 712 Main Street, 31st Floor, Houston, Texas, 77002, and telephone number 713-228-8500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Fredrick Lamar Lindsey in the above-entitled action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 9/25/06

_____
Martin J. Jenkins
United States District Judge