1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  GEORGE L. BEVAN JR. (CSBN 65207)
   Assistant United States Attorney
5
       Federal Courthouse
6      1301 Clay Street, Suite 340S
       Oakland, Ca. 94612
7      Telephone: 510-637-3689
8
   Attorneys for the Plaintiff
9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                      OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,        )
14 |         Plaintiff,                ) No. CR-06-00546-MJJ
                                       )
15 |     v.                            )
                                       ) STIPULATION AND ORDER
16 |                                   ) FOR RESCHEDULING OF
                                       ) DEFENDANT'S SENTENCING
17 |                                   )
   | FREDERICK LAMAR LINDSEY,          )
18 |                                   )
   |         Defendants.                )
19 |_____  )

20      The United States and the defendant, through their respective counsel, jointly
21 request and stipulate to reschedule the defendant's sentencing from **January 19, 2007**, to
22 **March 30, 2007, at 2:30 p.m.** in Oakland, California. The basis for this request that the
23 defendant is continuing to provide consideration pursuant to the plea agreement, which in
24 turn will impact the government's sentencing recommendation. Moreover, the
25 government counsel has been unable to finish the plea process with co-defendant Chuka
26 Ogele due to pretrial preparation in a case going to trial before District Judge Charles
27 Breyer. That trial is currently scheduled to begin on February 13, 2007 for jury selection,
28 and March 19, 2007 for testimony.

FILED
JAN 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

1     It is anticipated that the Ogele matter will be resolved by a change of plea, such
2 that the parties will be in a position to go forward with sentencing on the requested date
3 of March 30, 2007.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: 1/17/07

GEORGE L. BEVAN JR.
Assistant United States Attorney

Dated: 1/18/07

KENT A. SCHAFFER
Counsel for Defendant Lamar Lindsey

IT IS SO ORDERED.

Dated: 1/18/2007

MARTIN J. JENKINS
United States District Judge

2